**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gary Greenburg,            ) | No. CV 05-2586-PHX-JAT |
|                            ) | |
| Plaintiff,     ) | **ORDER** |
|                            ) | |
| vs.                        ) | |
|                            ) | |
| Roberts Properties, L.P., et al.,  ) | |
|                            ) | |
| Defendants.    ) | |
|                            ) | |

Pending before the Court is Plaintiff Gary Greenburg's Motion for Reconsideration (Doc. #76). The Court granted Defendants' motion to dismiss the action for failure to state a claim and as a sanction for Plaintiff's fraud on the Court (Doc. #74). Judge Bolton issued a decision in a related matter finding Plaintiff had forged his signature on certain construction alteration documents and had submitted those documents to the court. Judge Bolton also found that Plaintiff had tampered with the documents after checking them out of the court's file. Because all the causes of action in the case before this Court depended on the validity of the signatures, the Court dismissed for failure to state a claim. The Court also dismissed the claim as a sanction for Plaintiff's continued fraud on the court.

Plaintiff asks this Court to reconsider its Order dismissing the action. In support, Plaintiff states that he has appealed Judge Bolton's ruling in the related case. He contends the dismissal in this case is premature and prejudicial because it relies on Judge Bolton's order and he believes the Ninth Circuit will overturn that order. Judgement issued in this

1  case on September 11, 2006 (Doc. #75).  Federal Rules of Civil Procedure 55(c) and 60(b)
2  provide grounds for relief from judgments.  Plaintiff has not articulated any of the available
3  grounds, e.g., good cause, mistake, inadvertence, excusable neglect, new evidence, or fraud,
4  for relief from Judgment.  The Court therefore denies his request for reconsideration.

     Accordingly,

     IT IS ORDERED DENYING Plaintiff's Motion for Reconsideration (Doc. #76).

     DATED this 1st day of June, 2007.

*/s/ James A. Teilborg*
James A. Teilborg
United States District Judge